FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL -7 2015

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:15CR00141 DPM |
| v. | ) | |
| | ) | |
| AMBER JOHNSON | ) | 18 U.S.C. § 1591(a) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about February 2015, to on or about April 29, 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

AMBER JOHNSON

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and maintain by any means S.C., a minor, and to benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that S.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)